IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| STEPHAN GRATZIANI, an individual, JORGE LUIS DE LA CONCEPCION, an individual, ALAN RODRIGUEZ, an individual, and WISHBONE MEDIA, LLC, a Florida limited liability company.<br><br>    Plaintiffs,<br><br>v.<br><br>AEROVANTI, INC., a Delaware for-profit corporation, AEROVANTI AVIATION, LLC, a Delaware limited liability company, AEROVANTI AIRCRAFT, LLC, a Delaware limited liability company, AEROVANTI CAPITAL, LLC, a Delaware limited liability company, AEROVANTI MAINTENANCE, LLC, a Delaware limited liability company, AEROVANTI HANGAR, LLC, a Maryland limited liability company, AEROVANTI HANGAR, LLC, a Florida limited liability company, AEROVANTI BROKERAGE, INC., a Florida for-profit corporation, TOMBSTONE HOLDINGS, LLC, a Delaware limited liability company, BENJAMIN RICKETTS, an individual, ROBERT DE POL, an individual, PATRICK TORMAY BRITTON-HARR, an individual.<br><br>    Defendants. | CASE NO.: 8:23-cv-01127-WFJ-SPF |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF CONSENT JUDGMENT AGAINST SELECT DEFENDANTS

THIS CAUSE, having come before this Honorable Court upon the Joint Motion for Approval of Consent Judgment Against Select Defendants, and this Court having reviewed and carefully considered the Joint Motion, and otherwise being fully advised in the premises, this Court finds and orders as follows:

**IT IS HEREBY ORDERED AND ADJUDGED**:

1. That the Joint Motion for Approval of Consent Judgment Against Select Defendants is hereby **GRANTED**.

2. As a result of Select Defendants having agreed to entry of Final Judgment against Select Defendants, and this Court having entered a Default against Non-Select Defendants (DE 41), Plaintiffs are directed to move for entry of Final Judgment against Select Defendants and Non-Select Defendants, which upon entry shall serve to resolve all claims in this action.

**DONE AND ORDERED** in Chambers in Tampa, Florida, on September 26, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to: