# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| STEPHAN GRATZIANI, an individual, JORGE LUIS DE LA CONCEPCION, an individual, ALAN RODRIGUEZ, an individual, and WISHBONE MEDIA, LLC, a Florida limited liability company.<br><br>    Plaintiffs,<br><br>v.<br><br>AEROVANTI, INC., a Delaware for-profit corporation, AEROVANTI AVIATION, LLC, a Delaware limited liability company, AEROVANTI AIRCRAFT, LLC, a Delaware limited liability company, AEROVANTI CAPITAL, LLC, a Delaware limited liability company, AEROVANTI MAINTENANCE, LLC, a Delaware limited liability company, AEROVANTI HANGAR, LLC, a Maryland limited liability company, AEROVANTI HANGAR, LLC, a Florida limited liability company, AEROVANTI BROKERAGE, INC., a Florida for-profit corporation, TOMBSTONE HOLDINGS, LLC, a Delaware limited liability company, BENJAMIN RICKETTS, an individual, ROBERT DE POL, an individual, PATRICK TORMAY BRITTON-HARR, an individual.<br><br>    Defendants. | CASE NO.: 8:23-cv-01127-WFJ-SPF |

# FINAL JUDGMENT AGAINST DEFENDANTS

THIS CAUSE, having come before this Honorable Court upon entry of Default Judgment against Defendants, PATRICK BRITTON-HARR, an individual, BENJAMIN RICKETTS, an individual, and TOMBSTONE HOLDINGS, LLC, a Delaware limited liability company (DE 41) and Defendants, AEROVANTI, INC., a Delaware for-profit corporation, AEROVANTI AVIATION, LLC, a Delaware limited liability company, AEROVANTI AIRCRAFT, LLC, a Delaware limited liability company, AEROVANTI CAPITAL, LLC, a Delaware limited liability company, AEROVANTI MAINTENANCE, LLC, a Delaware limited liability company, AEROVANTI HANGAR, LLC, a Maryland limited liability company, AEROVANTI HANGAR, LLC, a Florida limited liability company, AEROVANTI BROKERAGE, INC., a Florida for-profit corporation, having consented to entry of this Final Judgment (DE 42; DE 43) and this Court having reviewed and carefully considered this action, and otherwise being fully advised on the premises, this Court finds and orders as follows:

**IT IS HEREBY ORDERED AND ADJUDGED**:

1. That Final Judgment is hereby entered in favor of Plaintiffs, STEPHAN GRATZIANI, an individual, JORGE LUIS DE LA CONCEPCION, an individual, ALAN RODRIGUEZ, an individual, and WISHBONE MEDIA, LLC, a Florida limited liability company (collectively, "*Plaintiffs*"), against Defendants, AEROVANTI, INC., a Delaware for-profit corporation, AEROVANTI AVIATION, LLC, a Delaware limited liability company, AEROVANTI AIRCRAFT, LLC, a

Delaware limited liability company, AEROVANTI CAPITAL, LLC, a Delaware limited liability company, AEROVANTI MAINTENANCE, LLC, a Delaware limited liability company, AEROVANTI HANGAR, LLC, a Maryland limited liability company, AEROVANTI HANGAR, LLC, a Florida limited liability company, AEROVANTI BROKERAGE, INC., a Florida for-profit corporation, TOMBSTONE HOLDINGS, LLC, a Delaware limited liability company, PATRICK BRITTON-HARR, an individual, and BENJAMIN RICKETTS, an individual (collectively, "*Defendants*"), jointly and severally, in the amount of SEVEN HUNDRED FIFTY THOUSAND DOLLARS and ZERO CENTS ($750,000.00), plus post-judgment interest thereon as provided by applicable statutory law, ***for which let execution issue forthwith***;

    2.    That Plaintiffs and Defendants shall bear their own attorneys' fees and costs;

    3.    That solely for purposes of exceptions to discharge set forth in the United States Bankruptcy Code, the allegations contained in Plaintiffs' Verified Complaint (DE 1) are deemed true and admitted by Defendants, and as such, any such amounts due by Defendants under this Final Judgment shall not be dischargeable in any such bankruptcy proceeding filed by or on behalf of Defendants;

    4.    That this Court shall retain jurisdiction of this matter and over Defendants in order to implement and carry out the terms of this Final Judgment and all Orders and Decrees that may be entered, to entertain any suitable application or motion for additional relief within the jurisdiction of this Court, and to order any

other relief that this Court deems appropriate under the circumstances; and

5. The Clerk is directed to close this case and deny as moot any pending motion(s).

**DONE AND ORDERED** in Chambers in Tampa, Florida, on 10/16/2023.

s/s electronic signature William F Jung

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Tombstone Holdings, LLC
251 Little Falls Drive
Wilmington, DE 19808

Patrick Britton-Harr
640 Geneva Place
Tampa, Fl 33606;

Benjamin Ricketts
9530 NW 32nd Ave
Miami, FL 33147